IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH W. ATKINS,

        Petitioner,

v.                                            Case No. 4:19cv198-AW/MJF

MARK INCH, Secretary
FDOC,

        Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9, and the objections, ECF Nos. 11 and 12.[1] I have reviewed de novo the issues raised by the objections. The report and recommendation is accepted and adopted as the court's opinion. The Clerk must enter judgment stating, "This case is dismissed for lack of jurisdiction." A certificate of appealability is DENIED. The Clerk must close the file.

---

[1] After the magistrate judge issued the report and recommendation, Petitioner filed a "Petition for Rehearing or Reconsideration" (ECF No. 11) and a "Notice of Appeal" (ECF No. 12). Based on their contents, the documents appear to be objections to the report and recommendation. I have construed them as such. *See, e.g.*, ECF No. 11 at 1 (taking exception to magistrate judge's decision to "den[y] the petition"); ECF No. 12 at 1 (noting that "magistrate judge Michael J. Frank denied the petition for writ of Habeas Corpus 28 USC 2254" and purporting to "appeal[] the denial of the petitioner's petition for writ of Habeas Corpus 28 USC 2254").

SO ORDERED on July 15, 2019.

                                             /s/ *Allen Winsor*
                                             United States District Judge